AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____****_____DISTRICT OF__NEVADA_____

JOHN LASH,

          Plaintiff,

   V.

ISIDRO BACA, et al.

       Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   **3:16-cv-00324-MMD-WGC**

\_\_    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an updated address and a non-prisoner application to proceed *in forma pauperis* in compliance with this Court's January 25, 2017, order (ECF No. [9]).

    March 2, 2017                        **DEBRA K. KEMPI**
                                          Clerk

                                    /s/  D. R. Morgan
                                        Deputy Clerk